# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 29, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

     Re: Melvin Johnson, III
        v. Texas
        No. 15-5415
        (Your No. WR-82,995-01)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 12, 2015 and placed on the docket July 29, 2015 as No. 15-5415.

Sincerely,

**Scott S. Harris**, Clerk

by

Andrew Downs
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 10 2015

Abel Acosta, Clerk